UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>PROPECIA (FINASTERIDE)<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>KELLY S. PFAFF, individually, on behalf of J.A.P. and C.P., minors, and as Trustee of the PFAFF FAMILY TRUST,<br><br>                    Plaintiffs,<br>        v.<br><br>MERCK & CO., INC. and MERCK SHARP & DOHME CORP.,<br><br>                    Defendants. | 12-md-02331 (BMC) (PK)<br><br>15-cv-03355-(BMC) (PK)<br><br>**NOTICE OF FILING MOTION TO QUASH OR MODIFY NONPARTY SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF RACHEL E. FITZPATRICK IN SUPPORT OF MOTION TO QUASH OR MODIFY NONPARTY SUBPOENA IN THE NORTHERN DISTRICT OF CALIFORNIA** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 28, 2020, Plaintiffs filed the attached Motion to Quash or Modify Nonparty Subpoena; Memorandum of Points and Authorities (Ex. A) and Declaration of Rachel E. Fitzpatrick in Support of Motion to Quash or Modify Nonparty Subpoena (Ex. B) in the Northern District of California.

DATED:  September 10, 2020.        HAGENS BERMAN SOBOL SHAPIRO LLP

                    */s/ Rachel E. Fitzpatrick*
                        Robert B. Carey
                    Rachel E. Fitzpatrick
                    Molly A. Booker
                    11 W. Jefferson Street, Suite 1000
                    Phoenix, AZ  85003
                    Telephone:  (602) 840-5900
                    Facsimile:  (602) 840-3012
                    Email: Rob@hbsslaw.com
                            RachelF@hbsslaw.com
                            MollyB@hbsslaw.com

                    *Attorneys for Plaintiffs*

- 1 -

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused a true and correct copy of the foregoing Notice of Filing Motion to Quash or Modify Nonparty Subpoena; Memorandum of Points and Authorities; and Declaration of Rachel E. Fitzpatrick in Support of Motion to Quash or Modify Nonparty Subpoena to be served upon all counsel of record via the Clerk of the Court by using the CM/ECF system, which will automatically send notification of such filing to all counsel of record for the parties.

                                                                             */s/ Rachel E. Fitzpatrick*
                                                                             Rachel E. Fitzpatrick

010397-11/1340395 V1